EDWARD D. TOTINO (SBN 169237)
edward.totino@dlapiper.com
MONICA DOURNAEE (SBN 268109)
monica.dournaee@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California  90067-4704
Tel:   (310) 595-3000
Fax:   (310) 595-3300

Attorneys for Plaintiff
BARRY HONIG

**FILED**

FEB 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HONIG, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH NOEL, an individual,<br><br>　　　　　Defendant. | CASE NO.  CV11 6706 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF BARRY HONIG'S MOTION FOR DEFAULT JUDGMENT BY CLERK<br><br>Complaint Filed:  December 29, 2011 |

CASE NO. CV11 6706 JSW

1  Having considered Plaintiff Barry Honig's Motion for Default Judgment by
2  the Clerk and all of the supporting papers and declarations, the Clerk orders as
3  follows:
4  Plaintiff Barry Honig is entitled to default judgment by the Clerk against
5  Defendant Joseph Noel in the amount of $150,000.00.
6  IT IS THEREFORE ORDERED that Plaintiff Barry Honig's Motion for
7  Default Judgment by the Clerk be GRANTED and default be entered by the Clerk
8  against Plaintiff Joseph Noel in the amount of $150,000.00.

Date: **FEB 27 2012**

Clerk of the United States District Court
**MARK J. JENKINS**

-1-   CASE NO. CV11 6706 JSW