| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> ☑ Recording requested by and return to: DLA PIPER US LLP <br> Edward D. Totino (SBN 169237) <br> Monica Dournaee (SBN 268109) <br> 2000 Avenue of the Stars, Suite 400, North Tower <br> Los Angeles, CA 90067-4704    (310) 595-3000 <br> ☑ ATTORNEY FOR   ☑ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | TELEPHONE NO: | FOR RECORDER'S USE ONLY |
|---|---|---|
| NAME OF COURT: U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA <br> MAILING ADDRESS: 450 Golden Gate Avenue <br> CITY AND ZIP CODE: San Francisco, CA 94102 <br> PHONE NUMBER: (415) 522-2000 | | |
| PLAINTIFF: BARRY HONIG, an individual | | |
| DEFENDANT: JOSEPH NOEL, an individual | CASE NUMBER: <br> CV11 6706 JSW | |
| **ABSTRACT OF JUDGMENT** | | |

1. The ☑ judgment creditor ☐ assignee of record applied for an abstract of judgment and represents the following:

   a. Judgment debtor's
      Name and last known address

      Joseph Noel
      300 Beale Street, Suite 613
      San Francisco, CA 94105

   b. Driver's license no. & state: _____ ☑ Unknown
   c. Social Security no.: _____ ☑ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   e. ☐ Additional judgment debtors are shown on reverse.

   Date: _____

   Monica Dournaee (SBN 268109)
   (TYPE OR PRINT NAME)

   ▶ _____ /s/ Monica Dournaee _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☑ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☑ A certified copy of the judgment is attached.
3. Judgment creditor *(name)*:
   Barry Honig
   whose address appears on this form above the court's name.
4. Judgment debtor *(full name as it appears in judgment)*:
   Joseph Noel
5. a. Judgment entered on *(date:)* 02/27/2012
   b. Renewal entered on *(date:)*
   c. Renewal entered on *(date:)*
6. Total amount of judgment as entered or last renewed:
   $ 150,000.00
7. ☐ An ☐ execution ☐ attachment lien is endorsed on the judgment as follows:
   a Amount $
   b. In favor of *(name and address)*:

8. A stay of enforcement has
   a. ☐ has not been ordered by the court
   b. ☐ been ordered by the court effective until *(date)*:
9. ☐ This judgment is an installment judgment.

Clerk, by _____ HILARY JACKSON _____, Deputy
Date Issued   JUN 20 2012

| PLAINTIFF: BARRY HONIG, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT: JOSEPH NOEL, an individual | CV11 6706 JSW |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (*address*):

11. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (*address*):

12. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (*address*):

13. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (*address*):

14. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (*address*):

15. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (*address*):

16. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (*address*):

17. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (*address*):

18. ☐ Continued on attachment 18.

ABSTRACT OF JUDGMENT
-2-