IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HONIG, | |
|     Plaintiff, | No. C 11-06706 JSW |
| v. | |
| JOSEPH NOEL, | **ORDER OF REFERRAL REGARDING APPLICATION** |
|     Defendant. | |

On April 25, 2014, plaintiff Barry Honig filed an *Ex Parte* Application for an Order for Appearance and Examination, in which it seeks an Order requiring defendant Joseph Noel to appear for an examination. Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to Magistrate Judge Donna M. Ryu for resolution.

**IT IS SO ORDERED.**

Dated: April 28. 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Referral Clerk